# Court of Appeals, State of Michigan

## ORDER

Karen Camil Cook v DTE Energy Corporate Services LLC

Docket No. 339879

LC No. 16-002930-CD

Michael J. Kelly
Presiding Judge

Jane E. Markey

Karen M. Fort Hood
Judges

The Court orders that the September 25, 2018 opinion is hereby VACATED, and a new opinion is attached. The new opinion corrects a drafting error in the second full paragraph on page 7; the opinion is otherwise unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 0 2 2018

Date

Chief Clerk